IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| David Leo Grant, | ) | Case No. 1:19-cr-010 |
| | ) | |
| Defendant. | ) | |

On September 25, 2024, the court issued an order detained Defendant pending a final hearing on a petition for action on his conditions of supervised release. (Doc. No. 435). On September 27, 2024, Defendant filed a Motion for Reconsideration of Order. (Doc. No. 436). He requests that the court conditionally release him to Providence House on October 1, 2024.

There being no objection from the United States, the court **GRANTS** Defendant's motion (Doc. No. 436). Defendant shall be released to Providence House staff no earlier than 11:00 AM on October 1, 2024, for immediate transport to Providence House. Defendant remains subject to all of the conditions of his supervised release. He shall also comply with the following additional conditions:

(1) Defendant shall reside at Providence House, participate in its programming, and abide by its rules and regulations.

(2) Defendant must sign all release forms to allow the Probation Officer to obtain information from Providence House OR to communicate with Providence House staff about Defendant's progress in the program.

(3) Any passes allowed by Providence House must be approved by the Probation

      Officer.

(4)    If for any reason Defendant is terminated from Providence house, he must immediately surrender to the custody of the United States Marshal.

(5)    At least 96 hours prior to anticipated completion of the treatment program, Defendant must advise the Probation Officer of his anticipated completion date so the court may schedule a hearing to review Defendant's release status.

If Defendant cannot be transported to Providence House as anticipated on October 1, 2024, he shall remain in the custody of the United States Marshals Service pending further order.

**IT IS SO ORDERED.**

Dated this 30th day of September, 2024.

                              */s/ Charles S. Miller, Jr.*
                              Charles S. Miller, Jr., Magistrate Judge
                              United States District